## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re:      Barbara A. Sledge, | ) | |
| | ) | **Case No. 16-34399-KRH** |
| Debtor. | ) | **Chapter 13** |
| _____ | ) | |

<u>MOTION FOR APPROVAL OF LOAN MODIFICATION</u>

COMES NOW Barbara A. Sledge, (the "Debtor"), by counsel, and in support of this Motion to Approve Loan Modification Agreement (hereinafter "Motion") alleges and states as follows:

1. On or about 9/2/2016, the Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code, and Suzanne E. Wade was appointed Trustee of the Debtor's estate.

2. At the time of filing of the bankruptcy petition for relief the Debtor owned a parcel of real estate commonly known as 3531 Dorset Road, Richmond, VA 23234, (the "Property") and is more particularly described as follows:

The Assessor's Parcel Number (Property Tax ID#) for the Real Property is C008-0750/010. ALL THAT PARCEL OF LAND IN CITY OF RICHMOND, COMMONWEALTH OF VIRGINIA, AS MORE FULLY DESCRIBED IN DEED INST # 00-11473, ID# C008-0750/010, BEING KNOWN AND DESIGNATED AS: 0.42 ACRES FRONTING ON THE EASTERN LINE OF DORSET RD DESIGNATED AS PARCEL B SHOWN ON SURVEY @ 852/511

BY FEE SIMPLE DEED FROM CHARLES B. WILLIS AS SET FORTH IN INST # 00-11473 DATED 05/01/2000 AND RECORDED 05/12/2000, RICHMOND CITY COUNTY RECORDS, COMMONWEALTH OF VIRGINIA.

TAX MAP PARCEL ID #:  C008-0750/010

3. The Property is encumbered by a first deed of trust dated 8/30/2007, (the "Deed of Trust"), which Deed of Trust secures payment of a promissory note to (the "Note"). A copy of the recorded Deed of Trust and Note are attached hereto as Exhibit "1."

*Yvonne Cochran, VSBN 26015*
*COCHRAN LAW FIRM, P.C.*
*4509 West Broad Street*
*Richmond, VA 23230*
*(804) 358-2222*
*Counsel for Debtor*

| Original Note & D/T Terms | | Modified Note & D/T Terms | |
|---|---|---|---|
| 1.   Original Principal Balance | $144,973.93 | 1.   New Principal Balance | $192,693.34 |
| 2.   Current principal Balance | $180,373.29 | 2    Arrearages, Fees, Costs | |
| 3    Current Interest rate | 10.308 | 3.   New Interest Rate | 4.75 |
| 4    Current Monthly Payment P&I | $1,691.54 | 4.   New Monthly Payment P&I | $1,230.02 |
| 5    Current Maturity Date | 12/1/2037 | 5.   New Maturity Date | 12/2/2037 |
| | | 6.   New payment Start Date | 8/1/2017 |
| | | | |
| | | | |

6   On or about 1/17/2017, the Lender filed a Proof of Claim, a copy of which is attached

hereto as Exhibit "2," stating as follows:

    a.   The amount of the principal balance is $180,373.29 (Current Principal Balance).

    b.   The current monthly payment is $1,691.54 (principal and interest).

    c.   The current fixed interest rate is 10.308% per annum.

    d.   The current Maturity Date is 12/1/2037.

7   The Debtor believes it to be in her best interest to modify the terms of the Note and

Deed of Trust pursuant to the terms of the Loan Modification Agreement (the "Loan

*Yvonne Cochran, VSBN 26015*
*COCHRAN LAW FIRM, P.C.*
*4509 West Broad Street*
*Richmond, VA 23230*
*(804) 358-2222*
*Counsel for Debtor*

Modification Agreement"). A copy of the Loan Modification Agreement is attached

hereto as Exhibit "3"  (Fully Executed Loan Modification Agreement).

   a.   The specific terms of the Loan Modification Agreement are as follows:

Under the terms of the Loan Modification Agreement, the new amount payable

under the terms of the Note and Deed of Trust will be $192,693.34 (the "New

Principal Balance"). The Principal Balance shall consist of the unpaid interest,

escrow advances, arrears and fees (excluding late charges) past due as of the

Modification Effective Date .   The new monthly payment starting on August 1,

2017 and ending December 2, 2037 is $1,230.20 (principal and interest).  The

monthly payment including principal and interest, taxes and insurance is $1,446.74.

   b.   The new interest rate is a fixed rate of 4.75% per annum for 60 months.  This

       4.75% interest rate commenced on August 1, 2017 and will end on December 2,

       2021.

   c.   The new maturity date is 12/2/2037, (the "Maturity Date").

   d.   Debtor will be required to make regular monthly payments under the terms of

       the Loan Modification Agreement commencing on 8/1/2017, and on the first

       (1st) day of each month thereafter as the payments become due.

8   The Debtor does not intend to change the amount of her monthly Chapter 13 Plan

    payments as a result of the monthly mortgage payment being adjusted under the terms of

    the Loan Modification Agreement.

9   In the event that the Debtor defaults under the terms of the Loan Modification

    Agreement, the lien holder retains its rights under the Note secured by the Deed of

    Trust.

*Yvonne Cochran, VSBN 26015*
*COCHRAN LAW FIRM, P.C.*
*4509 West Broad Street*
*Richmond, VA 23230*
*(804) 358-2222*
*Counsel for Debtor*

WHEREFORE, the Debtor prays that this Court:

1. Enter an order approving the terms of the Loan Modification Agreement and acknowledging that the Parties have modified the Note and Deed of Trust in Accordance with the terms of the Loan Modification Agreement; and

2. That the 14-day stay described by Bankruptcy Rule 4001 (a) (3) be waived.

3. Grant such other and further relief as this Court deems proper.

Respectfully Submitted,

Barbara A. Sledge

By: /s/ Yvonne Cochran
Yvonne Cochran, VSB #26015
COCHRAN LAW FIRM, P.C.
4509 West Broad Street
Richmond, VA 23230
(804) 358-2222
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2017, the following person(s) were served electronically via the CM/ECF system, or were mailed a copy of the foregoing Motion by first class mail, postage prepaid:

Suzanne E. Wade, Trustee
PO Box 1780
Richmond, VA 23218-1780

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA  92806

Cassandra J. Richey, Attorney for Carrington Mortgage Services, LLC.
Prober & Raphael, A Law Corporation
20750 Ventura Blvd. Suite 100
Woodland Hills, CA 91364

*Yvonne Cochran, VSBN 26015*
*COCHRAN LAW FIRM, P.C.*
*4509 West Broad Street*
*Richmond, VA 23230*
*(804) 358-2222*
*Counsel for Debtor*

Barbara A. Sledge
3531 Dorset Road
Richmond, VA 23234

All Creditors (List Attached)

*Yvonne Cochran, VSBN 26015*
*COCHRAN LAW FIRM, P.C.*
*4509 West Broad Street*
*Richmond, VA 23230*
*(804) 358-2222*
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | **Barbara A. Sledge,** | ) |
| | | ) **Case No. 16-34399-KRH** |
| | **Debtor.** | ) **Chapter 13** |
| | | ) |

_____

### NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE:** Barbara A. Sledge (the "Debtor"), by counsel, has filed a Motion with the Court to Approve Loan Modification Agreement and being more particularly described in the Motion attached hereto.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion then you or your attorney must, **on or before (21) days, after service of this Motion**:

___X___   File with the court, at the address shown below, a written request for a hearing. If you mail your request to the Court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
701 East Broad Street, Room 4000
Richmond, Virginia 23219

You must also mail a copy of any such response to:

Yvonne Cochran, Esquire                     Suzanne E. Wade, Trustee
COCHRAN LAW FIRM, P.C.                  P.O. Box 1780
4509 West Broad Street                        Richmond, VA 23218-1780
Richmond, VA 23230

Attend the hearing on the motion scheduled to be held on October 25th 2017 **at 12:00 p.m.** at the United States Bankruptcy Court, Eastern District of Virginia, Richmond, Division, 701 East Broad Street, Room 5000, Richmond, Virginia 23219.

*Yvonne Cochran, VSBN 26015*
*COCHRAN LAW FIRM, P.C.*
*4509 West Broad Street*
*Richmond, VA 23230*
*(804) 358-2222*
*Counsel for Debtor*

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting the relief.

Barbara A. Sledge

By:  /s/ Yvonne Cochran
Yvonne Cochran, VSB #26015
COCHRAN LAW FIRM, P.C.
4509 West Broad Street
Richmond, VA 23230
(804) 358-2222
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2017, the following person(s) were served electronically via the CM/ECF system, or were mailed a copy of the foregoing Motion by first class mail, postage prepaid:

Suzanne E. Wade, Trustee
PO Box 1780
Richmond, VA 23218-1780

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA  92806

Cassandra J. Richey, Attorney for Carrington Mortgage Services, LLC.
Prober & Raphael, A Law Corporation
20750 Ventura Blvd. Suite 100
Woodland Hills, CA 91364

Barbara A. Sledge
3531 Dorset Road
Richmond, VA 23234

All Creditors (List Attached)

/s/ Yvonne Cochran
Yvonne Cochran, VSB #26015

*Yvonne Cochran, VSBN 26015*
*COCHRAN LAW FIRM, P.C.*
*4509 West Broad Street*
*Richmond, VA 23230*
*(804) 358-2222*
*Counsel for Debtor*

## List of Creditors:

Carrington Mortgage Service
Attn: Bankruptcy Dept.
PO Box 3489
Anaheim, CA 92803

Chippenham & Johnston-Wi
Attn: Bankruptcy Notificatio
PO Box 13620
Richmond, VA 23225-8620

City of Richmond
Division of Collections
P.O. Box 26505
Richmond, VA 23261-6624

Credit Acceptance
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034

Credit Acceptance
Po Box 513
Southfield, MI 48037

Credit First/CFNA
Bk13 Credit Operations
Po Box 818011
Cleveland, OH 44181

Credit First/CFNA
6275 Eastland Rd
Brookpark, OH 44142

Firestone/Credit First
Attn: Bankruptcy Dept.
P.O. Box 81344
Cleveland, OH 44188

Langley Fed Credit Uni
1055 W Mercury Blvd
Hampton, VA 23666

Mccarthy Burgess & Wol
26000 Cannon Rd
Cleveland, OH 44146

Mechanicsville Med Center
Bankruptcy Dept.
7571 Cold Harbor Road
Mechanicsville, VA 23111

NPAS, Inc.
One Park Plaza
Nashville, TN 37203

NTelos Communications, Inc.
1154 Shenadoah Village Drive
P.O. Box 1990
Waynesboro, VA 22980

Onemain Financial/Citifinanc
6801 Colwell Blvd
Ntsb-2320
Irving, TX 75039

Onemain Financial/Citifinancial
Po Box 499
Hanover, MD 21076

Patient First
Attn: Billing/Bankruptcy Dept.
P.O. Box 758941
Baltimore, MD 21275-8941

Receivables Management Sy
Attn: Bankruptcy Dept
7206 Hull Street Road
North Chesterfield, VA 2323

Thomas E. Clements, Trustee
c/oShelton, Harrison, & Pinson
701 Highlander Blvd., Ste 270
Arlington, TX 76015

Wells Fargo Dealer Services
Po Box 3569
Rancho Cucamonga, CA 91729

Wells Fargo Dealer Services
Po Box 1697
Winterville, NC 28590

*Yvonne Cochran, VSBN 26015*
*COCHRAN LAW FIRM, P.C.*
*4509 West Broad Street*
*Richmond, VA 23230*
*(804) 358-2222*
*Counsel for Debtor*

## **LIST OF EXHIBITS**

| Exhibit "1" | Recorded First Deed of Trust and Note |
|---|---|
|  |  |
| Exhibit "2" | First Mortgage Proof of Claim |
|  |  |
| Exhibit "3" | Loan Modification Agreement |
|  |  |
|  |  |

*Yvonne Cochran, VSBN 26015*
*COCHRAN LAW FIRM, P.C.*
*4509 West Broad Street*
*Richmond, VA 23230*
*(804) 358-2222*
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF VIRGINIA**

**Richmond Division**

| | | |
|---|---|---|
| **In re:** | **Barbara A. Sledge,** | ) |
| | | ) |
| | | ) **Case No. 16-34399-KRH** |
| | **Debtor.** | ) **Chapter 13** |
| | | ) |

---

## SUMMARY OF THE PROPOSED LOAN MODIFICATION

| | **Original Loan** | **Modified Loan (60 months)** |
|---|---|---|
| **Principal Amount** | $180,373.29 | $192,693.34 |
| **Interest Rate** | 10.308% | 4.75 (for 245 months) |
| **Term of Maturity Date** | 12/1/2037 (Prior Modified Date) | 12/2/2037 (Extended by One Day) |
| **Monthly Payment** | $1,691.54(P&I) | $1,230.20(P&I) (for 245 months) |

1.   N/A       The modified loan includes future payment changes or balloon payments. The terms of any such future payment changes or balloon payments are: **shall accrue with no interest and be deferred.  The deferred amount will be due in full at the earlier of payment in full of Note, or the maturity date.**

2.  N/A       The modification results in a higher monthly payment.  The source(s) of the funds used to make that payment is/are:

3.   X        The modification results in a lower monthly payment.  Choose one of the following:
    a.     The amount of future plan payments will be increased.
    b.  X  The amount of future plan payments will not be increased.

.

*Yvonne Cochran, VSBN 26015*
*COCHRAN LAW FIRM, P.C.*
*4509 West Broad Street*
*Richmond, VA 23230*
*(804) 358-2222*
*Counsel for Debtor*